## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 514 MAL 2019

           Respondent      :

                            :   Petition for Allowance of Appeal
                            :   from the Order of the Superior Court

           v.                  :

                            :

WARREN EARL YERGER,           :

           Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.